COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Bruce Wayne Suza v. The State of Texas

Appellate case number:   01-17-00116-CR

Trial court case number: 77839-CR

Trial court:             412th District Court of Brazoria County

Appellant's first amended brief, filed on February 7, 2018 in the above-referenced appeal, contained "sensitive data" as defined by Texas Rule of Appellate Procedure 9.10(a)(3). The disclosure of this information is prohibited by article 57.02(h) of the Code of Criminal Procedure. TEX. CODE CRIM. PROC. art. 57.02(h); *see also* TEX. CODE CRIM. PROC. art. 57.01(4).

Because appellant's counsel already filed a second amended brief, the Court **STRIKES** the appellant's first amended brief, filed on February 7, 2018, which has been removed from this Court's external website.

It is so ORDERED.

Judge's signature: */s/ Jennifer Caughey*_____
                   ☑ Acting individually    ☐ Acting for the Court

Date: February 8, 2018